IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

LUFKIN DIVISION

| | | |
|---|---|---|
| COREY JOSEPH SCHUFF | § | |
| VS. | § | CIVIL ACTION NO. 9:19cv146 |
| JOSHUA PERKINS, ET AL. | § | |

### ORDER ACCEPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Corey Joseph Schuff, proceeding *pro se*, filed the above-styled civil rights lawsuit. The court referred this matter to a United States Magistrate Judge. A Report and Recommendation of United States Magistrate Judge has been submitted recommending that the claims against defendants Courtney R. Rice, Taliesin Stern, Christina Norris, Tony O'Hare and Samantha Steinbecker be dismissed for failure to state a claim upon which relief maybe granted.

The court has received and considered the Report and Recommendation of United States Magistrate Judge, along with the record and pleadings. No objections to the Report and Recommendation were filed by the parties.

### ORDER

The findings of fact and conclusions of law of the Magistrate Judge are correct and the report of the Magistrate Judge is **ADOPTED**. The claims against defendants Rice, Stern, Norris, O'Hare and Steinbecker are **DISMISSED** for failure to state a claim upon which relief may be granted.

**SIGNED** this the 3 day of **January, 2022.**

_____
Thad Heartfield
United States District Judge