IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

LUFKIN DIVISION

| | | |
|---|---|---|
| COREY JOSEPH SCHUFF | § | |
| VS. | § | CIVIL ACTION NO. 9:19cv146 |
| JOSHUA PERKINS, ET AL. | § | |

ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

Plaintiff Corey Joseph Schuff, proceeding *pro se*, filed this civil rights lawsuit pursuant to 42 U.S.C. § 1983.  The Court previously referred this matter to the Honorable Christine L. Stetson, United States Magistrate Judge.

Defendants Todd Harris, Jerry Bell, Teresa Jefferson, Uvaldo Damian and Carla Burleson filed a motion for summary judgment for failure to exhaust administrative remedies.  The magistrate judge has submitted a Report and Recommendation of United States Magistrate Judge recommending the motion be granted.

The Court has received and considered the Report and Recommendation, along with the record and pleadings.  No objections to the Report and Recommendation have been filed.

ORDER

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct and the report of the magistrate judge is **ADOPTED** as the opinion of the Court.  The motion for summary judgment (doc. no. 42) is **GRANTED**.  The claims against defendants Harris, Bell, Jefferson, Damian and Burleson are **DISMISSED** pursuant to Federal Rule of Civil Procedure 56.

**SIGNED** this the 28 day of **April, 2022.**

_____
Thad Heartfield
United States District Judge